# ELECTRONIC RECORD

COA #14-13-00350-CR

OFFENSE: Capital Murder

STYLE: Jason Ray Bouchard v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 178th District Court

DATE: December 16, 2014    Publish: No

TC CASE #:1374815

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jason Ray Bouchard v The State of Texas

CCA # _____

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 03/18/2015

JUDGE: Per Curiam

CCA Disposition: **O14-15**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD